**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 17-7026**

JERMAINE N. TURNER,

       Plaintiff - Appellant,

    v.

DR. BOWLES, Dental Hygienist,

       Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-00763-LO-MSN)

Submitted: November 21, 2017          Decided: November 28, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jermaine N. Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virginia prisoner, Jermaine N. Turner, appeals the district court's order dismissing, after a 28 U.S.C. § 1915A (2012) review, Turner's 42 U.S.C. § 1983 (2012) action alleging Defendant Dr. Bowles, a dental hygienist at Lawrenceville Correctional Center, violated his constitutional rights. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Turner v. Bowles*, No. 1:17-cv-00763-LO-MSN (E.D. Va. filed July 19, 2017 & entered July 20, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*